DAVID A. ORTIZ, ATTORNEY NO. 167587
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
Southern District of California

| | |
|---|---|
| In re:<br><br>ROSALITO V. CATAULIN and<br>VIRGINIA D. CATAULIN,<br><br>Debtors.<br>_______________<br>ACTING UNITED STATES TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>ROSALITO V. CATAULIN and<br>VIRGINIA D. CATAULIN,<br><br>Defendants. | Case No. 09-06314-PB7<br><br>Adversary No. 10-90004-PB<br><br>NOTICE OF DISCLOSURE IN COMPLIANCE WITH FEDERAL RULE OF BANKRUPTCY PROCEDURE 7016 AND LOCAL BANKRUPTCY RULES 7016-1 AND 7016-2 [DOCUMENT & WITNESS LIST] |

NOTICE IS HEREBY GIVEN THAT pursuant to Local Bankruptcy Rules 7016-1 and 7016-2 of the Local Rules of Court for the United States Bankruptcy Court, Southern District of California, and Rule 7016 of the Federal Rules of Bankruptcy Procedure, the following is the Plaintiff's List of Witnesses now known:

1. Rosalito V. Cataulin, Debtor
2. Virginia D. Cataulin, Debtor
3. Leslie T. Gladstone, Chapter 7 Trustee, 5785 La Jolla Blvd., Suite A, La Jolla, CA 92037
4. Emmanuel Fobi, Fobi Law Offices

///

The subjects of information to be elicited from the witnesses include the Debtors' assets, asset transfers, actions during this case, liabilities and financial condition relevant to this adversary proceeding.

NOTICE IS FURTHER GIVEN that in addition to the documents produced by Plaintiff to Defendants' attorney, David A. St. John, on March 3, 2010, Bates No. UST 1001 thru UST 1060 (redacted as necessary for privacy), and Bates UST 1061 on March 5, 2010, Plaintiff is aware of the following documents relevant to its case and will produce same as they become available:

1. None at this time.

Plaintiff does hereby reserve the right and shall further produce to Defendants documents relevant to its case which may be elicited through subsequent discovery or other means.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: March 8, 2010

By: /s/ David A. Ortiz
David A. Ortiz, Attorney for
the Acting United States Trustee